**No. 60845.**—Rohner Gehrig & Co., Inc. *v.* United States, protest 275047–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60846.**—Aero Sea Shipping Corporation *v.* United States, protest 275355–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60847.**—The Gren Corp. *v.* United States, protest 275729–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60848.**—W. R. Grace & Co., Inc. *v.* United States, protest 276152–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60849.**—Geo. Wm. Rueff, Inc. *v.* United States, protest 291307–K/14787 (New Orleans).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60850.**—Altray Company *v.* United States, protest 272738–K (New York).

Opinion by DONLON, J. The protest was dismissed.

**No. 60851.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 276287–K (New York).

Opinion by DONLON, J. The protest was dismissed.

**No. 60852.**—R. J. Godwin's Sons, Inc. *v.* United States, protest 275695–K (New York).

Opinion by DONLON, J. The protest was dismissed.